Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
AUG 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., Plaintiff, vs. SWEATER WIZ, INC.; et al., Defendants. | Case No.: CV09-9089- SVW (CWx) [PROPOSED] ORDER ON PARTIES' STIPULATION TO DISMISS |

GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY <u>ORDERED</u>:

1. This action is to be dismissed with prejudice as to TRINITY and GUILBERT TEX, INC.;

2. This action is to be dismissed without prejudice as to SWEATER WIZ, INC.; and

3. Each party to this stipulation will bear their own costs and fees as incurred against one another;

<u>SO ORDERED</u>.

Dated: August 10, 2010         By: _____
                                HONORABLE STEVEN V. WILSON
                                STEPHEN V. WILSON

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS